IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| LUXPRO CORPORATION, a Taiwanese corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil Action No. 4:08-cv-04092-HFB<br>)<br>) |
| APPLE, INC. f/k/a Apple Computer, Inc., | )<br>)<br>) |
| Defendant. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF PATRICK J. CONROY

Richard A. Adams, a member in good standing of the Arkansas Bar Association and licensed to practice before all Courts in Arkansas, moves this Court for an order admitting to practice in this Court *pro hac vice* Patrick J. Conroy, attorney in the law firm of Shore Chan Bragalone LLP, as co-counsel for Plaintiff in this action, and would respectfully show this Court the following with respect to such applicant:

1. Mr. Conroy is an attorney practicing as a partner of the law firm of Shore Chan Bragalone LLP, Bank of America Plaza, 901 Main Street, Suite 3300, Dallas, Texas 75202, (214) 593-9110, facsimile (214) 593-9111, and who is employed to represent Plaintiff in this action.

2. The undersigned counsel, whose office location and telephone numbers have been shown below, has been designated as co-counsel for Plaintiff in this case.

3. Mr. Conroy was admitted to practice law in the State of Texas in 1999. He is a member in good standing of the Texas Bar. He is admitted to practice in all Texas courts, the

**MOTION FOR ADMISSION *PRO HAC VICE*
OF PATRICK J. CONROY** – Page 1

United States Supreme Court, the United States Court of Appeals for the Second and Fifth Circuits, and the United States Districts Courts for the Eastern, Western, Northern and Southern Districts of Texas. His e-mail address is pconroy@shorechan.com.

4. There are no grievances or criminal matters pending against Mr. Conroy, and he has never been disciplined, suspended, disbarred or resigned from the practice of law nor denied the privilege of practicing before any court. He has never had any charges filed, arrests or convictions for criminal offenses.

5. Mr. Conroy is a resident of the State of Texas, and the State of Texas accords attorneys from the sister state of Arkansas comity and courtesy to appear and conduct cases in the Courts of the State of Texas under Section 82.001 *et seq.,* Texas Government Code and Rule XIX, Rules Governing Admission to the Bar of Texas.

6. Mr. Conroy has read and will comply with the Local Rules of this Court, and agrees to be subject to all rules of the courts of Arkansas. He understands that he is being admitted for the limited purpose of appearing in the case styled above only.

WHEREFORE, Richard A. Adams prays that this Court issue its Order admitting *pro hac vice* Patrick J. Conroy to practice before this Court in this action as co-counsel for Plaintiff.

                    Respectfully submitted,

                    By: /s/ Richard A. Adams\_\_\_\_\_
                    Richard A. Adams
                    Arkansas Bar No.97036
                    **PATTON ROBERTS, PLLC**
                    2900 St. Michael Drive, Suite 400
                    Texarkana, Texas 75503
                    Telephone: 903-334-7000
                    Facsimile: 903-334-7007

                    **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served upon all known counsel of record in the above action by electronic filing on this 15th day of October, 2008.

                                               /s/ Richard A. Adams
                                                 Richard A. Adams