### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### TEXARKANA DIVISION

| | |
|---|---|
| **LUXPRO CORPORATION, a Taiwanese corporation,** | ) ) ) |
| **Plaintiff,** | ) ) ) Civil Action No. 4:08cv04092-HFB |
| vs. | ) ) |
| **APPLE, INC. f/k/a Apple Computer, Inc.,** | ) ) ) |
| **Defendant.** | ) |

### NOTICE OF ATTORNEY APPEARANCE

I, Nicholas H. Patton, hereby enter my appearance as one of the attorneys of record in this cause on behalf of Plaintiff, and request the Clerk of the above named court to enter the same of record.

      Respectfully submitted,

    __/s/  Nicholas H. Patton_____
Nicholas H. Patton
Arkansas State Bar No. 63035
**PATTON TIDWELL & SCHROEDER, LLP**
4605 Texas Boulevard, P. O. Box 5398
Texarkana, Texas  75505-5398
Telephone: (903) 792-7080
Facsimile:   (903) 792-8233

**ATTORNEYS FOR PLAINTIFF
LUXPRO CORPORATION**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served upon all known counsel of record in the above action by electronic filing on this 22nd day of October, 2008.

      /s/ Nicholas H. Patton_____
      Nicholas H. Patton