## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

| | |
|---|---|
| **LUXPRO CORPORATION, a Taiwanese corporation,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **vs.** ) <br> ) <br> **APPLE, INC. f/k/a Apple Computer, Inc.,** ) <br> ) <br> **Defendant.** ) | Civil Action No. 4:08cv04092-HFB |

## MOTION FOR ADMISSION *PRO HAC VICE* OF PATRICIA L. PEDEN

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Nicholas H. Patton, counsel for Plaintiff, and files this Motion for Patricia L. Peden to appear *pro hac vice* on behalf of Plaintiff in the above-captioned case.

1. Patricia Peden of Law Offices of Patricia L. Peden located at 5901 Christie Avenue, Suite 201, Emeryville, California 94608 is one of the attorneys for Plaintiff.

2. Patricia Peden is a member in good standing of the California Bar, and is admitted to practice before all Courts of the States of California, the United States District Court for the Northern District of California, the United States District Court for the Southern District of California, the United States District Court of the Eastern District of Texas, the Ninth Circuit Court of Appeals, and the Federal Circuit Court of Appeals, She is of good moral and professional character and is a member in good standing of the State and Federal Bars in which she is licensed.

3. Patricia Peden has not been the subject of any disciplinary proceedings, investigation, action or grievance procedure, has not been disbarred in other courts and has not been denied admission to the courts of any states or any court of the United States. Patricia Peden is competent to practice before this Court and is of good personal and professional character. Subject to the investigation of her fitness, competency, and qualifications, she should be granted admission to the Bar of this Honorable Court and entitled to practice as an attorney of record in the above-entitled and numbered cause.

DATED this 24th day of October, 2008.

Respectfully submitted,

*/s/ Nicholas H. Patton*
Nicholas H. Patton
AR Bar No. 63035
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Blvd.
P.O. Box 5398
Texarkana, Texas 75505-5398
Telephone: 903.792.7080
Facsimile: 903.792.8233

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all known counsel of record in the above action by electronic filing on this 24th day of October, 2008.

*/s/ Nicholas H. Patton*
Nicholas H. Patton