# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

**LUXPRO CORPORATION, a Taiwanese corporation,** )
)
          **Plaintiff,** )
) Civil Action No. 4:08cv04092-HFB
**vs.** )
)
**APPLE, INC. f/k/a Apple Computer, Inc.,** )
)
          **Defendant.** )

## NOTICE OF ATTORNEY APPEARANCE

I, Leisa B. Pearlman, hereby enter my appearance as one of the attorneys of record in this cause in behalf of Plaintiff, and request the Clerk of the above named court to enter the same of record.

Respectfully submitted,

\_\_/s/ Leisa B. Pearlman_____
Leisa B. Pearlman
Arkansas State Bar No. 92070
**PATTON ROBERTS, PLLC**
2900 St. Michael Drive, Suite 400
Texarkana, Texas 75505
Telephone: (903) 334-7000
Facsimile:   (903) 334-7007

**ATTORNEYS FOR PLAINTIFF
LUXPRO CORPORATION**

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing document was served upon all known counsel of record in the above action by electronic filing on this 27th day of October, 2008.

                                            /s/ Leisa B. Pearlman_____
                                            Leisa B. Pearlman