IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| LUXPRO CORPORATION, a Taiwanese corporation, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>APPLE, INC. f/k/a Apple Computer, Inc., )<br>)<br>Defendant. ) | Civil Action No. 4:08cv04092-HFB |

## AFFIDAVIT OF SERVICE

COMES NOW RICHARD A. ADAMS, an attorney for Plaintiff, and being duly sworn upon his oath, states as follows:

1. That on October 16, 2008, I caused to be placed into the United States Mail, Certified Mail, Return Receipt Requested, a copy of the Original Summons and Plaintiffs' Original Complaint in this case, filed in and issued by the Clerk of the United States District Court, Western District of Arkansas, Texarkana Division, to defendant Apple, Inc. by service upon Apple, Inc.'s Registered Agent in the State of Arkansas, C T Corporation System, 124 West Capitol Avenue, Suite 1900, Little Rock, Arkansas 72201.

2. That on October 20, 2008, I caused to be placed into the United States Mail, Certified Mail, Return Receipt Requested, a copy of Plaintiffs' First Amended Complaint in this case, filed in and issued by the Clerk of the United States District Court, Western District of Arkansas, Texarkana Division, to defendant Apple, Inc. by service upon

Dockets.Justia.com

Apple, Inc.'s Registered Agent in the State of Arkansas, C T Corporation System, 124 West Capitol Avenue, Suite 1900, Little Rock, Arkansas 72201.

3. That such Summons and Plaintiff's Original Complaint were received and receipt signed for said defendant, and service effected upon such defendant, on October 22, 2008; attached hereto is signed return receipt for such defendant, together with a copy of the summons issued to said defendant:

> C T Corporation System, Registered Agent for Apple, Inc., 124 W. Capitol Avenue, Suite 1900, Little Rock, Arkansas 72201 – October 22, 2008 – Receipt No. 7005 1160 0003 9360 0001.

4. That such First Amended Complaint was received and receipt signed for said defendant, and service effected upon such defendant, on October 23, 2008; attached hereto is signed return receipt for such defendant:

> C T Corporation System, 124 W. Capitol Avenue, Suite 1900, Little Rock, Arkansas 72201 – October 23, 2008 – Receipt No. 7006 2760 0003 9386 6803.

FURTHER AFFIANT SAITH NOT.

_____
Richard A. Adams

STATE OF TEXAS      )
                    ) ss
COUNTY OF BOWIE     )

Subscribed and sworn to before me, a Notary Public commissioned within the State of Texas, this 28th day of October, 2008.

_____
Notary Public

My commission expires:

11/08/08



KATHY C. ENGLAND
Notary Public
STATE OF TEXAS
My Comm.Exp. 11-08-08

2

Respectfully Submitted,

/s/ Richard A. Adams
Richard A. Adams
Ark. Bar No. 97036
Phillip N. Cockrell
Ark. Bar No. 79154
Corey D. McGaha
Ark. Bar No. 2003047
**PATTON ROBERTS PLLC**
2900 St. Michael Drive, Suite 400
Texarkana, Texas 75505-6128
Phone: (903) 334-7000
Fax: (903) 334-7007

Jeremy Y. Hutchinson
Ark. Bar No. 2006145
**PATTON ROBERTS PLLC**
111 Center St., Suite 1315
Little Rock, AR 72201
Telephone: (501) 372-3480
Facsimile: (501) 372-3488

Patrick J. Conroy
*Pro Hac Vice*
Glenn E. Janik
*Pro Hac Vice*
**SHORE CHAN BRAGALONE LLP**
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

Nicholas H. Patton
Arkansas State Bar No. 63035
**PATTON TIDWELL & SCHROEDER, LLP**
4605 Texas Boulevard, P. O. Box 5398
Texarkana, Texas 75505-5398
Telephone: (903) 792-7080
Facsimile: (903) 792-8233

**ATTORNEYS FOR
PLAINTIFF LUXPRO
CORPORATION**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV5(a)(3), this 28th day of October, 2008.

/s/ Richard A. Adams
Richard A. Adams

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Tania Maltby_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): TANIA MALTBY C. Date of Delivery: 10/22<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No |
| 1. Article Addressed to:<br>CT Corporation System<br>Registered Agent for Apple, Inc.<br>124 W. Capitol Avenue<br>Suite 1900<br>Little Rock, AR 72201 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☒ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0003 9360 0001 |

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Tania Maltby_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): TANIA MALTBY C. Date of Delivery: 10/23<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No |
| 1. Article Addressed to:<br>CT Corporation System<br>124 W. Capitol Ave.<br>Suite 1900<br>Little Rock, AR. 72201 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☒ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0003 9386 6803 |

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540