## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

| | |
|---|---|
| **LUXPRO CORPORATION, a Taiwanese corporation,** ) ) ) | |
| **Plaintiff,** ) ) | Civil Action No. 4:08cv04092-HFB |
| **vs.** ) ) | |
| **APPLE, INC. f/k/a Apple Computer, Inc.,** ) ) ) | |
| **Defendant.** ) | |

### NOTICE OF APPEARANCE

I, Patricia L. Peden, hereby enter my appearance as one of the attorneys of record in this cause on behalf of Plaintiff, and request the Clerk of the above named court to enter the same of record.

Respectfully Submitted,

By: *Patricia L. Peden*
Patricia L. Peden
California Bar No. 206440
Law Offices of Patricia L. Peden
5901 Christie Avenue
Suite 201
Emeryville, CA 94608
Phone: 510.268.8033
E-mail: ppeden@pedenlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all known counsel of record in the above action by electronic filing on this 29th day of October, 2008.

*/s/ Patricia L. Peden*
Patricia L. Peden