AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### TEXARKANA DIVISION

## NOTICE OF APPEARANCE

**LUXPRO CORPORATION**                                                                             **PLAINTIFF**

**v.**                          **Case No:**     **4-08-CV-4092- HFB**

**APPLE INC. f/k/a Apple Computer, Inc.**                                                  **DEFENDANT**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

      Defendant, Apple Inc. f/k/a Apple Computer, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| November 10, 2008 | /s/     Kevin A. Crass |
| Date | Signature |
| | KEVIN A. CRASS |
| | Print Name |
| | 84029 |
| | Bar Number |
| | 400 West Capitol Avenue, Suite 2000 |
| | Address |
| | Little Rock          AR          72201-3522 |
| | City          State          Zip Code |
| | 501-376-2011 |
| | Phone Number |
| | Crass@fec.net |
| | E-Mail |

# CERTIFICATE OF SERVICE

I, Kevin A. Crass, hereby certify that on November 10, 2008, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

- **Richard A. Adams**
  radams@pattonroberts.com,shicks@pattonroberts.com,mcosta@pattonroberts.com
- **Phillip N. Cockrell**
  pcockrell@pattonroberts.com,kharris@pattonroberts.com
- **Corey Darnell McGaha**
  cmcgaha@pattonroberts.com,ssrebalus@pattonroberts.com
- **Nicholas H. Patton**
  nickpatton@texarkanalaw.com,mlong@texarkanalaw.com
- **Leisa B. Pearlman**
  lpearlman@pattonroberts.com,pdesantis@pattonroberts.com
- **Patricia L. Peden**
  ppeden@pedenlawfirm.com

I, Kevin A. Crass, hereby certify that on November 10, 2008, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, and that a copy of the document and Notice of Electronic Filing (NEF) were mailed, via United States Postal Service, to the following non-CM/ECF participant:

Jeremy Y. Hutchinson
Patton Roberts PLLC
111 Center Street, Suite 1315
Little Rock, Arkansas 72201

Patrick J. Conroy
Glenn E. Janik
Shore Chan Bragalone LLP
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas 75202

/s/ Kevin A. Crass
KEVIN A. CRASS (84029)
Friday, Eldredge & Clark, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522
Telephone: (501) 376-2011
E-Mail: Crass@fec.net
Attorneys for Defendant,
Apple Inc. f/k/a Apple Computer, Inc.