IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**LUXPRO CORPORATION**                                                                                     **PLAINTIFF**

**VS.**                          **NO.**       **4-08-CV-4092 HFB**

**APPLE INC. f/k/a Apple Computer, Inc.**                                 **DEFENDANT**

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

COMES now the Defendant, Apple Inc. f/k/a Apple Computer, Inc., and for its Motion for Extension of Time, states:

1. Plaintiff has filed a First Amended Complaint. The current date for the Defendant to file responsive pleadings to the First Amended Complaint is November 12, 2008. Defendant requests until December 19, 2008, to file pleadings responsive to Plaintiff's First Amended Complaint.

2. Counsel for Plaintiff has kindly agreed to Defendant's request.

3. In addition, counsel for Plaintiff and Defendant have agreed upon the proposed schedule for Plaintiff to respond to Defendant's responsive pleadings. Therefore, the parties request that the Court enter an Order allowing the Plaintiff until January 26, 2009, for Plaintiff to respond to responsive pleadings filed by the Defendant.

4. Finally, the parties have agreed to propose that the Defendant have until February 6, 2009, for the Defendant to reply to Plaintiff's responses.

WHEREFORE, the Defendant, Apple Inc., with the consent of the Plaintiff, respectfully requests the Court enter an Order allowing Defendant until December 19, 2008, to file responsive pleadings to Plaintiff's First Amended Complaint, that Plaintiff be allowed until

January 26, 2009, to respond to those pleadings, and that the Defendant then be allowed until February 6, 2009, to file Reply Briefs.

>
> Respectfully submitted,
>
> KEVIN A. CRASS (84029)
> FRIDAY, ELDREDGE & CLARK, LLP
> 400 West Capitol Avenue, Suite 2000
> Little Rock, Arkansas  72201-3522
> Telephone:  (501) 376-2011
> Crass@fec.net
>
> Attorneys for Defendant,
> Apple Inc. f/k/a Apple Computer, Inc.
>
>
> BY: /s/ Kevin A. Crass
>         KEVIN A. CRASS

**CERTIFICATE OF SERVICE**

I, Kevin A. Crass, hereby certify that on November 10, 2008, the foregoing was electronically filed with the Clerk which shall send notification of such filing to the following:

- **Richard A. Adams**
  radams@pattonroberts.com,shicks@pattonroberts.com,mcosta@pattonroberts.com
- **Phillip N. Cockrell**
  pcockrell@pattonroberts.com,kharris@pattonroberts.com
- **Corey Darnell McGaha**
  cmcgaha@pattonroberts.com,ssrebalus@pattonroberts.com
- **Nicholas H. Patton**
  nickpatton@texarkanalaw.com,mlong@texarkanalaw.com
- **Leisa B. Pearlman**
  lpearlman@pattonroberts.com,pdesantis@pattonroberts.com
- **Patricia L. Peden**
  ppeden@pedenlawfirm.com

I, Kevin A. Crass, hereby certify that on November 10, 2008, the foregoing was electronically filed with the Clerk and that a copy of the document and Notice of Electronic Filing were mailed, *via* United States Postal Service, to the following:

Jeremy Y. Hutchinson
Patton Roberts PLLC
111 Center Street, Suite 1315
Little Rock, Arkansas  72201

Patrick J. Conroy
Glenn E. Janik
Shore Chan Bragalone LLP
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas  75202

/s/  Kevin A. Crass
KEVIN A. CRASS (84029)
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas  72201-3522
Telephone:  (501) 376-2011
Crass@fec.net
Attorneys for Defendant,
Apple Inc. f/k/a Apple Computer, Inc.