#### IN THE UNITED STATES DISTRICT COURT
#### WESTERN DISTRICT OF ARKANSAS
#### TEXARKANA DIVISION

LUXPRO CORPORATION, a Taiwanese Corporation
    *Plaintiff* § 
§ No. 4:08-CV-04092-HFB
vs. §
§
APPLE, INC. f/k/a Apple Computer, Inc., §
§
    *Defendant* §

### NOTICE OF ATTORNEY APPEARANCE

I, JAMES M. PRATT, JR., hereby enter my appearance as one of the attorneys of record in this cause on behalf of the Defendant, and requests the Clerk of the above named court to enter the same of record.

    Respectfully submitted,

    /s/ JAMES M. PRATT, JR.
    Arkansas State Bar No. 74124

    JAMES M. PRATT, JR.
    144 Washington Street, Northwest
    P.O. Box 938
    Camden, Arkansas 71701-0938
    Telephone: (870) 836-7328
    Facsimile: (870) 837-2405

    ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing document was filed electronically. Said document was served on all counsel who are deemed to have consented to electronic service. Local Rule 5.2. Pursuant to Fed.R.Civ.P.5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via facsimile and/or U.S. First Class Mail this 12th day of November, 2008.

                                       /s/ JAMES M. PRATT, JR.