# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### TEXARKANA  DIVISION

**LUXPRO  CORPORATION**                                        **PLAINTIFF**

**VS.**                        **NO.**      **4-08-CV-4092  HFB**

**APPLE INC.  f/k/a Apple Computer, Inc.**                **DEFENDANT**

## MOTION FOR ADMISSION OF PENELOPE A. PREOVOLOS *PRO HAC VICE*

Comes now the undersigned, a member of the Bar of this Court, to move for the admission of Penelope A. Preovolos of the law firm of Morrison & Foerster LLP, and states:

1.      The undersigned is local counsel for Defendant, Apple Inc. f/k/a Apple Computer, Inc. in this action.  The Defendant has also requested the law firm of Morrison & Foerster LLP, 425 Market Street, San Francisco, California  94105-2482, (415) 268-7000, to become counsel of record for it in this case.  Penelope A. Preovolos of Morrison & Foerster LLP will appear as counsel.

2.      Penelope A. Preovolos is a member in good standing of the Bar of the State of California and is licensed in the United States District Court for the Northern District of California.  She agrees to affirm the local rules and submit to the jurisdiction of this Court.

3.      The undersigned agrees to serve as local counsel pursuant to the local rules.

WHEREFORE, the movant seeks an Order granting admission of Penelope A. Preovolos *Pro Hac Vice* to appear as counsel for the Defendant in this action.

Dockets.Justia.com

Respectfully submitted,

KEVIN A. CRASS (84029)
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas  72201-3522
Telephone:  (501) 376-2011
Crass@fec.net

Attorneys for Defendant,
Apple Inc. f/k/a Apple Computer, Inc.



BY:  /s/  Kevin A. Crass
      KEVIN A. CRASS


## CERTIFICATE OF SERVICE

I, Kevin A. Crass, hereby certify that on November 12, 2008, the foregoing was electronically filed with the Clerk which shall send notification of such filing to the following:

- **Richard A. Adams**
  radams@pattonroberts.com,shicks@pattonroberts.com,mcosta@pattonroberts.com
- **Phillip N. Cockrell**
  pcockrell@pattonroberts.com,kharris@pattonroberts.com
- **Corey Darnell McGaha**
  cmcgaha@pattonroberts.com,ssrebalus@pattonroberts.com
- **Nicholas H. Patton**
  nickpatton@texarkanalaw.com,mlong@texarkanalaw.com
- **Leisa B. Pearlman**
  lpearlman@pattonroberts.com,pdesantis@pattonroberts.com
- **Patricia L. Peden**
  ppeden@pedenlawfirm.com

I, Kevin A. Crass, hereby certify that on November 12, 2008, the foregoing was electronically filed with the Clerk and that a copy of the document and Notice of Electronic Filing were mailed, *via* United States Postal Service, to the following:

Jeremy Y. Hutchinson
Patton Roberts PLLC
111 Center Street, Suite 1315
Little Rock, Arkansas  72201

Patrick J. Conroy
Glenn E. Janik
Shore Chan Bragalone LLP
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas  75202

/s/  Kevin A. Crass
KEVIN A. CRASS (84029)
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas  72201-3522
Telephone:  (501) 376-2011
Crass@fec.net
Attorneys for Defendant,
Apple Inc. f/k/a Apple Computer, Inc.