# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# TEXARKANA DIVISION

| | |
|---|---|
| **LUXPRO CORPORATION, a Taiwanese corporation,** | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil Action No. 4:08cv04092-HFB ) ) |
| **APPLE, INC. f/k/a Apple Computer, Inc.,** | ) ) ) |
| Defendant. | ) |

## NOTICE OF ATTORNEY APPEARANCE

I, Jeremy Y. Hutchinson, hereby enter my appearance as one of the attorneys of record in this cause in behalf of Plaintiff, and request the Clerk of the above named court to enter the same of record.

                    Respectfully submitted,

                  __/s/ Jeremy Y. Hutchinson_____
                  Jeremy Y. Hutchinson
                  Arkansas State Bar No. 2006145
                  **PATTON ROBERTS, PLLC**
                  2900 St. Michael Drive, Suite 400
                  Texarkana, Texas 75505
                  Telephone: (903) 334-7000
                  Facsimile:  (903) 334-7007

                  **ATTORNEYS FOR PLAINTIFF**
                  **LUXPRO CORPORATION**

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing document was served upon all known counsel of record in the above action by electronic filing on this 17th day of November, 2008.

                                          /s/ Jeremy Y. Hutchinson\_\_\_\_
                                          Jeremy Y. Hutchinson