# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# TEXARKANA DIVISION

| | |
|---|---|
| LUXPRO CORPORATION, a Taiwanese corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil Action No. 4:08-cv-04092-HFB ) ) |
| APPLE, INC. f/k/a Apple Computer, Inc., | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE

I, Patrick J. Conroy, hereby enter my appearance as one of the attorneys of record in this cause on behalf of Plaintiff, and request the Clerk of the above named court to enter the same of record.

Respectfully submitted,

By: ___/s/ Patrick Conroy_____
Patrick J. Conroy (TX Bar No. 24012448)
E-mail: pconroy@shorechan.com
SHORE CHAN BRAGALONE LLP
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: 214.593.9110

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served upon all known counsel of record in the above action by electronic filing on this 19th day of November, 2008.

                                           /s/ Patrick J. Conroy
                                           Patrick J. Conroy