IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**LUXPRO CORPORATION**                                                    **PLAINTIFF**

**VS.**                    **NO.**       **4-08-CV-4092 HFB**

**APPLE INC. f/k/a Apple Computer, Inc.**                          **DEFENDANT**

## **DEFENDANT APPLE INC'S MOTION TO TRANSFER**

COMES now the Defendant, Apple Inc. f/k/a Apple Computer, Inc. (hereinafter "Apple"), and for its Motion to Transfer this matter to the Northern District of California, pursuant to 28 U.S.C. §1404(a), states:

1. Apple respectfully requests this Court to transfer this matter to the United States District Court for the Northern District of California pursuant to 28 U.S.C. §1404(a). Apple's Motion is Transfer is based upon the following:

(a) The Northern District of California is the only forum in the United States that has any connection to this dispute, Apple is located there and it is the location of relevant witnesses and documents.

(b) The Northern District of California is the most convenient forum for non-parties, it is the only District that would have the power to subpoena potential non-party witnesses to appear at trial.

(c) The Northern District of California would be substantially more convenient for the Plaintiff to litigate since Plaintiff is located in Taiwan.

(d) Plaintiff's choice of the Western District of Arkansas is also highly inconvenient to the parties.

2. The interests of justice favor transfer of this matter to the Northern District of California because, most importantly, California law governs this dispute, including one that is brought expressly pursuant to a California statute.

3. Apple is filing herewith a Brief in Support of the Motion to Transfer.

WHEREFORE, for the convenience of the parties and the witnesses, and in the interest of justice, Apple Inc. respectfully requests that this matter be transferred to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. § 1404(a).

> Respectfully submitted,
>
> JAMES M. PRATT, JR.
> Attorney at Law
> Post Office Box 938
> Camden, Arkansas 71701-0938
> Telephone: 870-836-7328
> jamiepratt@cablelynx.com
>
> KEVIN A. CRASS (84029)
> FRIDAY, ELDREDGE & CLARK, LLP
> 400 West Capitol Avenue, Suite 2000
> Little Rock, Arkansas 72201-3522
> Telephone: (501) 376-2011
> Crass@fec.net
>
> **CO-COUNSEL:**
> PENELOPE A. PREOVOLOS
> STUART C. PLUNKETT
> MORRISON & FOERSTER LLP
> 425 Market Street
> San Francisco, California 94105-2482
> Telephone: 415-268-7000
> ppreovolos@mofo.com
> splunkett@mofo.com
>
> Attorneys for Defendant,
> Apple Inc. f/k/a Apple Computer, Inc.
>
> BY: /s/ Kevin A. Crass
>     KEVIN A. CRASS

# CERTIFICATE OF SERVICE

I, Kevin A. Crass, hereby certify that on December 19, 2008, the foregoing was electronically filed with the Clerk which shall send notification of such filing to the following:

- **Richard A. Adams**
  radams@pattonroberts.com,shicks@pattonroberts.com,mcosta@pattonroberts.com
- **Phillip N. Cockrell**
  pcockrell@pattonroberts.com,kharris@pattonroberts.com
- **Patrick J. Conroy**
  pconroy@shorechan.com,ldalton@shorechan.com
- **Jeremy Young Hutchinson**
  jhutchinson@pattonroberts.com,kbraswell@pattonroberts.com
- **Glenn E. Janik**
  gjanik@shorechan.com,ldalton@shorechan.com
- **Corey Darnell McGaha**
  cmcgaha@pattonroberts.com,shicks@pattonroberts.com,mcosta@pattonroberts.com,ssrebalus@pattonroberts.com
- **Nicholas H. Patton**
  nickpatton@texarkanalaw.com,mlong@texarkanalaw.com
- **Leisa B. Pearlman**
  lpearlman@pattonroberts.com,shicks@pattonroberts.com,pdesantis@pattonroberts.com,kgarrett@pattonroberts.com
- **Patricia L. Peden**
  ppeden@pedenlawfirm.com
- **Stuart Christopher Plunkett**
  rpelletier@mofo.com,splunkett@mofo.com
- **James M. Pratt , Jr**
  jamiepratt@cablelynx.com
- **Penelope A. Preovolos**
  PPreovolos@mofo.com,kfranklin@mofo.com
- **Sean F. Rommel**
  srommel@pattonroberts.com,shicks@pattonroberts.com,mcosta@pattonroberts.com,kgarrett@pattonroberts.com

/s/  Kevin A. Crass
KEVIN A. CRASS (84029)
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas  72201-3522
Telephone:  (501) 376-2011
Crass@fec.net
Attorneys for Defendant,
Apple Inc. f/k/a Apple Computer, Inc.