## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

**LUXPRO CORPORATION**                                                               **PLAINTIFF**

**VS.**                    **NO.**      **4-08-CV-4092 HFB**

**APPLE INC. f/k/a Apple Computer, Inc.**                                  **DEFENDANT**

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

TO:     PLAINTIFF, ITS COUNSEL OF RECORD AND THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF ARKANSAS

PLEASE TAKE NOTICE that Defendant Apple Inc. ("Apple"), by and through its undersigned counsel of record, hereby submits this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states as follows:

1. Apple has no parent corporation; and

2. According to Apple's Proxy Statement filed with the United States Securities and Exchange Commission in January 2008, no publicly held company owns more than 10% of Apple's outstanding stock.

                                                 Respectfully submitted,

                                                 JAMES M. PRATT, JR.
                                                 Attorney at Law
                                                 Post Office Box 938
                                                 Camden, Arkansas 71701-0938
                                                 Telephone:     870-836-7328
                                                 jamiepratt@cablelynx.com

KEVIN A. CRASS (84029)
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522
Telephone: (501) 376-2011
Crass@fec.net

**CO-COUNSEL:**
PENELOPE A. PREOVOLOS
STUART C. PLUNKETT
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415-268-7000
ppreovolos@mofo.com
splunkett@mofo.com

Attorneys for Defendant,
Apple Inc. f/k/a Apple Computer, Inc.

BY: /s/ Kevin A. Crass
     KEVIN A. CRASS

## CERTIFICATE OF SERVICE

I, Kevin A. Crass, hereby certify that on December 19, 2008, the foregoing was electronically filed with the Clerk which shall send notification of such filing to the following:

- **Richard A. Adams**
  radams@pattonroberts.com,shicks@pattonroberts.com,mcosta@pattonroberts.com
- **Phillip N. Cockrell**
  pcockrell@pattonroberts.com,kharris@pattonroberts.com
- **Patrick J. Conroy**
  pconroy@shorechan.com,ldalton@shorechan.com
- **Jeremy Young Hutchinson**
  jhutchinson@pattonroberts.com,kbraswell@pattonroberts.com
- **Glenn E. Janik**
  gjanik@shorechan.com,ldalton@shorechan.com
- **Corey Darnell McGaha**
  cmcgaha@pattonroberts.com,shicks@pattonroberts.com,mcosta@pattonroberts.com,ssrebalus@pattonroberts.com

- **Nicholas H. Patton**
  nickpatton@texarkanalaw.com,mlong@texarkanalaw.com
- **Leisa B. Pearlman**
  lpearlman@pattonroberts.com,shicks@pattonroberts.com,pdesantis@pattonroberts.com,kgarrett@pattonroberts.com
- **Patricia L. Peden**
  ppeden@pedenlawfirm.com
- **Stuart Christopher Plunkett**
  rpelletier@mofo.com,splunkett@mofo.com
- **James M. Pratt , Jr**
  jamiepratt@cablelynx.com
- **Penelope A. Preovolos**
  PPreovolos@mofo.com,kfranklin@mofo.com
- **Sean F. Rommel**
  srommel@pattonroberts.com,shicks@pattonroberts.com,mcosta@pattonroberts.com,kgarrett@pattonroberts.com

/s/ Kevin A. Crass
KEVIN A. CRASS (84029)
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522
Telephone: (501) 376-2011
Crass@fec.net
Attorneys for Defendant,
Apple Inc. f/k/a Apple Computer, Inc.