IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| LUXPRO CORPORATION, a Taiwanese corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil Action No. 4:08cv04092-HFB ) ) |
| APPLE, INC. f/k/a Apple Computer, Inc., | ) ) ) |
| Defendant. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND MOTION TO TRANSFER

Plaintiff respectfully moves this Court for an order granting Plaintiff an extension of time in which to file a response to Defendant Apple, Inc.'s Motion to Dismiss (Dkt. No. 23) and Motion to Transfer (Dkt. No. 25), and would show the Court as follows:

1. On December 19, 2008, Apple, Inc. filed its Motion to Dismiss for Failure to State a Claim, and its Motion to Transfer, together with memoranda in support. Plaintiff received from Defendant's counsel on January 19, 2009 an agreement to extend the due dates of Plaintiff's responses to such Motions in return for an extension of time for the due date for the filing of Defendant's replies to such responses.

2. Plaintiff is in need of such additional time to prepare and file its responses to Defendant's Motions, and counsel for Defendant has agreed that Plaintiff may have to and including February 23, 2009 in which to respond to Defendant's Motion to Dismiss and Motion to Transfer.

3. Counsel for Plaintiff has agreed that Defendant may have four weeks in which to reply to Plaintiff's responses, to and including March 23, 2009.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court to enter an order extending the time for Plaintiff to file its Response to Defendant Apple, Inc.'s Motion to Dismiss and Motion to Transfer to and including February 23, 2009, and extending the time for Defendant to reply to Plaintiff's responses to and including March 23, 2009.

Respectfully Submitted,

/s/ Richard A. Adams
Richard A. Adams
Ark. Bar No. 97036
Phillip N. Cockrell
Ark. Bar No. 79154
Corey D. McGaha
Ark. Bar No. 2003047
**PATTON ROBERTS PLLC**
2900 St. Michael Drive, Suite 400
Texarkana, Texas 75505-6128
Phone: (903) 334-7000
Fax: (903) 334-7007

Jeremy Y. Hutchinson
Ark. Bar No. 2006145
**PATTON ROBERTS PLLC**
111 Center St., Suite 1315
Little Rock, AR 72201
Telephone: (501) 372-3480
Facsimile: (501) 372-3488

Patrick J. Conroy
*Pro Hac Vice*
Glenn E. Janik
*Pro Hac Vice*
**SHORE CHAN BRAGALONE LLP**
Bank of America Plaza
901 Main Street, Suite 3300

Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

Nicholas H. Patton
Arkansas State Bar No. 63035
**PATTON TIDWELL & SCHROEDER, LLP**
4605 Texas Boulevard, P. O. Box 5398
Texarkana, Texas 75505-5398
Telephone: (903) 792-7080
Facsimile: (903) 792-8233

**ATTORNEYS FOR
PLAINTIFF LUXPRO
CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV5(a)(3), this 22nd day of January, 2009.

/s/ Richard A. Adams_____
Richard A. Adams