IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| LUXPRO CORPORATION, a Taiwanese corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 4:08cv04092-HFB ) |
| APPLE, INC. f/k/a Apple Computer, Inc., | ) ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND <u>MOTION TO TRANSFER</u>

Plaintiff respectfully moves this Court for an order granting Plaintiff an extension of time in which to file a response to Defendant Apple, Inc.'s Motion to Dismiss (Dkt. No. 23) and Motion to Transfer (Dkt. No. 25), and would show the Court as follows:

1. On December 19, 2008, Apple, Inc. filed its Motion to Dismiss for Failure to State a Claim, and its Motion to Transfer, together with memoranda in support.

2. Plaintiff's response date is February 23, 2009.

3. The parties have reached an agreement extending the Plaintiff's response date to March 2, 2009.

4. Counsel for Plaintiff has agreed that Defendant may have to and including March 30, 2009 to file its reply to Plaintiff's responses to Defendant Apple, Inc.'s Motion to Dismiss and Motion to Transfer.

WHEREFORE, Plaintiff prays the Court enter an order extending the time for Plaintiff to file its responses to Defendant Apple, Inc.'s Motion to Dismiss and Motion to Transfer to and including March 2, 2009, and extending the time for Defendant to reply to Plaintiff's responses to and including March 30, 2009.

Respectfully submitted,

/s/ Nicholas H. Patton

Nicholas H. Patton
Arkansas Bar No.: 63035
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Boulevard – P.O. Box 5398
Texarkana, Texas 7550505398
Phone: (903) 792-7080
Fax:    (903) 792-8233

Richard A. Adams
Ark. Bar No. 97036
Phillip N. Cockrell
Ark. BarNo. 79154
Corey D. McGaha
Ark. Bar No. 2003047
**PATTON ROBERTS PLLC**
2900 St. Michael Drive, Suite 400
Texarkana, Texas 75505-6128
Phone:  (903) 334-7000
Fax:   (903) 334-7007

Jeremy Y. Hutchinson
Ark. Bar No. 2006145
**PATTON ROBERTS PLLC**
111 Center St., Suite 1315
Little Rock, AR 72201
Telephone: (501) 372-3480
Facsimile:  (501) 372-3488

Patrick J. Conroy
*Pro Hac Vice*
Glenn E. Janik
 *Pro Hac Vice*
**SHORE** CHAN BRAGALONE **LLP**
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile:  (214) 593-9111


**ATTORNEYS FOR
PLAINTIFF LUXPRO
CORPORATION**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 17th day of February, 2009.

_Nicholas H. Patton_
Nicholas H. Patton