IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**LUXPRO CORPORATION**                                                              **PLAINTIFF**

VS.                              NO.          4-08-CV-4092

**APPLE INC.  f/k/a Apple Computer, Inc.**                                          **DEFENDANT**

### MOTION FOR EXTENSION OF TIME

COMES now the Defendant, Apple Inc. f/k/a Apple Computer, Inc., and for its Motion for Extension of Time to respond to Plaintiff's Response to Defendant Apple Inc.'s Motion to Dismiss for Failure to State a Claim, as well as Plaintiff's Response in Opposition to Defendant's Motion to Transfer Venue and Brief in Support Thereof., states:

1.	Defendant, Apple, Inc. filed a Motion to Dismiss for Failure to State a Claim and Brief in Support on December 19, 2008.

2.	Defendant, Apple, Inc. also filed a Motion to Transfer and Brief in Support on December 19, 2008.

3.	Plaintiff, Luxpro Corporation, filed a Response to Defendant Apple Inc.'s Motion to Dismiss for Failure to State a Claim on March 2, 2009.

4.	Plaintiff, Luxpro Corporation, also filed a Response in Opposition to Defendant's Motion to Transfer Venue and Brief in Support Thereof on March 2, 2009

5.	A Reply to Plaintiff's Response to Defendant Apple Inc.'s Motion to Dismiss for Failure to State a Claim, as well as Response in Opposition to Defendant's Motion to Transfer Venue and Brief in Support Thereof was due March 23, 2009.

739497.1

6. Defendant has requested an agreement with Plaintiff's counsel to allow it a seven day (7) day extension of time in which to respond to Plaintiff's Response to Defendant Apple Inc.'s Motion to Dismiss for Failure to State a Claim, as well as Response in Opposition to Defendant's Motion to Transfer Venue and Brief in Support Thereof.

7. Plaintiff's counsel has kindly agreed.

8. Defendant requests of the Court a seven (7) day extension of time from the date its Reply was due in which to file a pleading responsive to Plaintiff's Response to Defendant Apple Inc.'s Motion to Dismiss for Failure to State a Claim, as well as Response in Opposition to Defendant's Motion to Transfer Venue and Brief in Support Thereof, up to and including, March 30, 2009.

WHEREFORE, Defendant, Apple Inc. f/k/a Apple Computer, Inc., LLC, requests the Court to enter an Order allowing it up to and including March 30, 2009, in which to respond to Plaintiff's Response to Defendant Apple Inc.'s Motion to Dismiss for Failure to State a Claim, as well as Plaintiff's Response in Opposition to Defendant's Motion to Transfer Venue and Brief in Support Thereof.

Respectfully submitted,

JAMES M. PRATT, JR.
Attorney at Law
Post Office Box 938
Camden, Arkansas  71701-0938
Telephone:    870-836-7328
jamiepratt@cablelynx.com

KEVIN A. CRASS (84029)
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas  72201-3522

2

739497.1

Telephone:  (501) 376-2011
Crass@fec.net

Attorneys for Defendant,
Apple Inc. f/k/a Apple Computer, Inc.


BY: /s/  Kevin A. Crass
      KEVIN A. CRASS

**OF COUNSEL:**
PENELOPE A. PREOVOLOS
STUART C. PLUNKETT
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415-268-7000
ppreovolos@mofo.com
splunkett@mofo.com


**CERTIFICATE OF SERVICE**

     I, Kevin A. Crass, hereby certify that on March 24, 2009, the foregoing was electronically filed with the Clerk which shall send notification of such filing to the following:

- **Richard A. Adams**
  radams@pattonroberts.com,shicks@pattonroberts.com,mcosta@pattonroberts.com
- **Phillip N. Cockrell**
  pcockrell@pattonroberts.com,kharris@pattonroberts.com
- **Patrick J. Conroy**
  pconroy@shorechan.com,ldalton@shorechan.com
- **Jeremy Young Hutchinson**
  jhutchinson@pattonroberts.com,kbraswell@pattonroberts.com
- **Glenn E. Janik**
  gjanik@shorechan.com,ldalton@shorechan.com
- **Corey Darnell McGaha**
  cmcgaha@pattonroberts.com,shicks@pattonroberts.com,mcosta@pattonroberts.com,ssrebalus@pattonroberts.com
- **Reid Davis Miller**
  rmiller@pattonroberts.com,shicks@pattonroberts.com
- **Nicholas H. Patton**
  nickpatton@texarkanalaw.com,mlong@texarkanalaw.com

3

739497.1

- **Leisa B. Pearlman**
  lpearlman@pattonroberts.com,shicks@pattonroberts.com,pdesantis@pattonroberts.com,kgarrett@pattonroberts.com
- **Patricia L. Peden**
  ppeden@pedenlawfirm.com
- **Stuart Christopher Plunkett**
  rpelletier@mofo.com,splunkett@mofo.com
- **James M. Pratt , Jr**
  jamiepratt@cablelynx.com
- **Penelope A. Preovolos**
  PPreovolos@mofo.com,kfranklin@mofo.com
- **Sean F. Rommel**
  srommel@pattonroberts.com,shicks@pattonroberts.com,mcosta@pattonroberts.com,kgarrett@pattonroberts.com

/s/  Kevin A. Crass
KEVIN A. CRASS (84029)
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas  72201-3522
Telephone:  (501) 376-2011
Crass@fec.net
Attorneys for Defendant,
Apple Inc. f/k/a Apple Computer, Inc.