IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| **LUXPRO CORPORATION, a Taiwanese corporation,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**APPLE, INC. f/k/a Apple Computer, Inc.,** )<br>)<br>)<br>**Defendant.** ) | Civil Action No. 4:08-CV-04092-HFB |

## SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF APPLE INC.'S MOTION FOR TRANSFER

Pursuant to Rule 201 of the Federal Rules of Evidence, Apple Inc. hereby requests that the Court take judicial notice of (1) the complaint in *Apple, Inc. v. Atico International USA, Inc, et al.*, Case No. 08-cv-00283-GMS, United States District Court for the District of Delaware, and (2) the complaint in *Texas MP3 Technologies, Ltd. v. Samsung Electronics Co., et al.*, Case No. 2-07CV-052, United States District Court for the Eastern District of Texas, which are cited in Apple's Reply in support of its Motion to Transfer.  The lawsuits in which these complaints were filed are referenced by Luxpro in its Opposition to Apple's Motion to Transfer.  True and correct copies of the complaints are attached as Exhibits 1 and 2.

Federal Rule of Evidence 201 allows a court to take judicial notice of adjudicative facts "not subject to reasonable dispute in that [they are] . . . capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  The contents of court files in other lawsuits are matters of which a court may take judicial notice. Fed. R. Evid. 201(d); *Taino Lines, Inc. v. M/V Constance Pan Atlantic*, 982 F.2d 20, 22 n.8 (1st Cir. 1992) (taking judicial notice of bankruptcy court proceedings); *United States ex rel. Kinney*

*745733.1*

*v. Stoltz*, Civil No. 01-1287 (RHK/JMM), 2002 U.S. Dist. LEXIS 6178 at *12 (D. Minn. Apr. 5, 2002) (stating that the court could "clearly" take notice of the court file in a separate lawsuit). Thus, this Court may take judicial notice of the complaints.

    Respectfully submitted,

    */s/Kevin A. Crass*
    Arkansas Bar No.: 84029

    KEVIN A. CRASS
    FRIDAY, ELDREDGE & CLARK, LLP
    400 West Capitol Avenue
    Suite 2000
    Little Rock, Arkansas 72201-3522
    Telephone: (501) 376-2011
    Email: crass@fec.net

    and

    JAMES M. PRATT, JR.
    Arkansas Bar No.: 74124
    144 Washington Street, Northwest
    P.O. Box 938
    Camden, Arkansas 71701-0938
    Telephone: (870) 836-7328
    Email: jamiepratt@cablelynx.com

    and CoCounsel

    PENELOPE A. PREOVOLOS
    California Bar No.: 87607
    STUART C. PLUNKETT
    California Bar No.:187971
    MORRISON & FOERSTER LLP
    425 Market Street
    San Francisco, California  94105-2482
    Telephone: (415) 268-7000
    Facsimile: (415) 268-7522
    E-mail:  PPreovolos@mofo.com
    E-mail:  SPlunkett@mofo.com

    *Attorneys for Defendant Apple Inc.*

*745733.1*

**CERTIFICATE OF SERVICE**

I, Kevin A. Crass, hereby certify that on April 6, 2009, the foregoing was electronically filed with the Clerk which shall send notification of such filing to the following:

- **Richard A. Adams**
  radams@pattonroberts.com,shicks@pattonroberts.com,mcosta@pattonroberts.com
- **Phillip N. Cockrell**
  pcockrell@pattonroberts.com,kharris@pattonroberts.com
- **Patrick J. Conroy**
  pconroy@shorechan.com,ldalton@shorechan.com
- **Jeremy Young Hutchinson**
  jhutchinson@pattonroberts.com,kbraswell@pattonroberts.com
- **Glenn E. Janik**
  gjanik@shorechan.com,ldalton@shorechan.com
- **Corey Darnell McGaha**
  cmcgaha@pattonroberts.com,shicks@pattonroberts.com,mcosta@pattonroberts.com,ssrebalus@pattonroberts.com
- **Reid Davis Miller**
  rmiller@pattonroberts.com,shicks@pattonroberts.com
- **Nicholas H. Patton**
  nickpatton@texarkanalaw.com,mlong@texarkanalaw.com
- **Leisa B. Pearlman**
  lpearlman@pattonroberts.com,shicks@pattonroberts.com,pdesantis@pattonroberts.com,kgarrett@pattonroberts.com
- **Patricia L. Peden**
  ppeden@pedenlawfirm.com
- **Stuart Christopher Plunkett**
  rpelletier@mofo.com,splunkett@mofo.com
- **James M. Pratt , Jr**
  jamiepratt@cablelynx.com
- **Penelope A. Preovolos**
  PPreovolos@mofo.com,kfranklin@mofo.com
- **Sean F. Rommel**
  srommel@pattonroberts.com,shicks@pattonroberts.com,mcosta@pattonroberts.com,kgarrett@pattonroberts.com

/s/  Kevin A. Crass
KEVIN A. CRASS (84029)
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas  72201-3522
Telephone:  (501) 376-2011
Crass@fec.net
Attorneys for Defendant,
Apple Inc. f/k/a Apple Computer, Inc.

745733.1