# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# TEXARKANA DIVISION

| | |
|---|---|
| **LUXPRO CORPORATION**, a Taiwanese corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>**APPLE, INC.** f/k/a Apple Computer, Inc.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 4:08cv04092-HFB |

## <u>MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF</u>

  COMES NOW Patricia L. Peden of the Law Offices of Patricia L. Peden, counsel for Plaintiff Luxpro Corporation, and for her Motion to Withdraw as Counsel would show as follows:

  1. Patricia L. Peden is currently an attorney of record for Plaintiff Luxpro Corporation in the above styled and numbered cause. Plaintiff is also represented by other counsel, including lead counsel Patton Roberts PLLC. Patricia L. Peden requests that the Court enter on Order allowing her to withdraw as counsel for Plaintiff.  No party will suffer prejudice by this withdrawal.

  WHEREFORE, PREMISES CONSIDERED, Patricia L. Peden prays that the Court grant her Motion to Withdraw as counsel in this case.

              Respectfully Submitted,

       By: *Patricia L. Peden*
           Patricia L. Peden
           California Bar No. 206440

>Law Offices of Patricia L. Peden
>5901 Christie Avenue
>Suite 201
>Emeryville, CA 94608
>Phone: 510.268.8033
>E-mail: ppeden@pedenlawfirm.com

>ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all known counsel of record in the above action by electronic filing on this 27th day of April, 2009.

>*/s/ Patricia L. Peden*
>Patricia L. Peden