IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LUXPRO CORPORATION,
a Tiawanese corporation                                          PLAINTIFF

VS.                              CASE NO. 08-CV-4092

APPLE, INC.,
f/k/a Apple Computer, Inc.                                       DEFENDANT

### ORDER

Before the Court is a Motion to Withdraw filed on behalf of Plaintiff's attorney, Nicholas H. Patton. (Doc. 40). Mr. Patton seeks to withdraw himself and other attorneys of the law firm Patton, Tidwell & Schroeder as counsels of record for Plaintiff. Counsel states that Plaintiff is represented by another law firm, Patton Roberts PLLC; therefore, Plaintiff will continue to be represented in this action.

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Nicholas H. Patton and the attorneys of Patton, Tidwell & Schroeder, L.L.P., are hereby relieved as counsels of record for Plaintiff.

**IT IS SO ORDERED**, this 27th day of May, 2009.

                                             /s/ Harry F. Barnes
                                        Hon. Harry F. Barnes
                                        United States District Judge