IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LUXPRO CORPORATION,
a Tiawanese corporation                                                       PLAINTIFF

VS.                           CASE NO. 08-CV-4092

APPLE, INC.,
f/k/a Apple Computer, Inc.                                                    DEFENDANT

## ORDER

Before the Court is a Motion to Withdraw filed on behalf of Plaintiff's attorney, Patricia L. Peden. (Doc. 41). Ms. Peden seeks to withdraw as counsel of record for Plaintiff. Counsel states that Plaintiff is represented by another law firm, Patton Roberts PLLC; therefore, Plaintiff will continue to be represented in this action.

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Patricia L. Peden is hereby relieved as counsel of record for Plaintiff.

**IT IS SO ORDERED**, this 27th day of May, 2009.

         /s/ Harry F. Barnes
         Hon. Harry F. Barnes
         United States District Judge