# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

| | |
|---|---|
| **LUXPRO CORPORATION**, a Taiwanese corporation, ) ) ) **Plaintiff,** ) ) vs. ) ) **APPLE, INC.** f/k/a Apple Computer, Inc., ) ) ) **Defendant.** ) | Civil Action No. 4:08cv04092-HFB |

## MOTION TO WITHDRAW SEAN F. ROMMEL
## AS ATTORNEY FOR PLAINTIFF

COMES NOW Plaintiff Luxpro Corporation, by its counsel of record, Richard A. Adams of Patton Roberts, PLLC, and for its Motion to Withdraw Sean F. Rommel as Attorney for Plaintiff would show as follows:

1. Sean F. Rommel is no longer associated with Patton Roberts, PLLC.

2. Plaintiff Luxpro Corporation will continue to be represented in this action by Richard A. Adams, Phillip N. Cockrell, Leisa B. Pearlman, Corey D. McGaha, Jeremy Y. Hutchinson and Reid D. Miller of Patton Roberts, PLLC, and other attorneys of record with the law firm Shore Chan Bragalone, LLP, who have entered their appearances for Plaintiff.

3. This withdrawal of attorney will have no adverse effect upon the continued representation of Plaintiff.

WHEREFORE, Plaintiff respectfully requests that this Court grant its Motion for order permitting the withdrawal of Sean F. Rommel as attorney of record for Plaintiff.

Dated July 1, 2009.

      Respectfully Submitted,

      /s/ Richard A. Adams_____
      Richard A. Adams
      Ark. Bar No.  97036
      Phillip N. Cockrell
      Ark. Bar No.  79154
      Leisa B. Pearlman
      Ark. Bar No. 92070
      Corey D. McGaha
      Ark. Bar No.  2003047
      Reid D. Miller
      Ark. Bar No. 2008264
      **PATTON ROBERTS PLLC**
      2900 St. Michael Drive, Suite 400
      Texarkana, Texas 75505-6128
      Phone:  (903) 334-7000
      Fax:  (903) 334-7007

      Jeremy Y. Hutchinson
      Ark. Bar No.  2006145
      **PATTON ROBERTS PLLC**
      111 Center St., Suite 1315
      Little Rock, AR 72201
      Telephone: (501) 372-3480
      Facsimile: (501) 372-3488

      Patrick J. Conroy
      *Pro Hac Vice*
      Glenn E. Janik
      *Pro Hac Vice*
      **SHORE CHAN BRAGALONE LLP**
      Bank of America Plaza
      901 Main Street, Suite 3300
      Dallas, Texas 75202
      Telephone:  (214) 593-9110
      Facsimile:  (214) 593-9111

      **ATTORNEYS FOR**
      **PLAINTIFF LUXPRO**
      **CORPORATION**

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV5(a)(3), this 1st day of July, 2009.

               /s/ Richard A. Adams_____
                Richard A. Adams