IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
**TEXARKANA DIVISION**

LUXPRO CORPORATION                                                                PLAINTIFF

VS.                                         Civil No. 08-CV-4092

APPLE, INC.                                                                              DEFENDANT

## **ORDER**

Please take notice that the above styled cause is scheduled for hearing on all pending motions on **Tuesday, September 1, 2009, at 10:00 a.m.** The hearing will take place in the United States District Courtroom, United States Post Office and Courthouse, **500 N. State Line Ave, Texarkana**, Arkansas.

Dated this 24th day of August, 2009.

/s/ Harry F. Barnes
**HARRY F. BARNES**
**U.S. DISTRICT JUDGE**