IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

## MINUTES

| | |
|---|---|
| LUXPRO CROPORATION | JUDGE: Harry F. Barnes, U. S. District Judge |
| PLAINTIFF | |
| ATTY: P. Cockrell, C. McGaha, P. Conroy | REPORTER: Donna McKinney |
| R. Adams, R. Miller | CLERK: Robin Gray |
| APPLE, INC. | CASE NO. 08-CV-4092 |
| DEFENDANT | |
| ATTY: K. Crass, J. Pratt, S. Plunkett | DATE: September 1, 2009 |

ACTION: Motion Hearing

| TIME | MINUTES |
|---|---|
| 9:47 am | Court Convenes. |
| | Motion Hearing re: [23] Motion to Dismiss for Failure to State a Claim filed by Apple, Inc.; [25] Motion to Transfer Case filed by Apple, Inc. |
| 9:58 am | Argument on behalf of Apple, Inc. in support of [23] Motion to Dimiss for Failure to State a Claim filed by Apple, Inc. |
| 10:15 am | Argument on behalf of Luxpro Corporation in opposition of [23] Motion to Dismiss for Failure to State a Claim filed by Apple, Inc. |
| 10:41 am | Rebuttal on behalf of Apple, Inc. |
| 10:46 am | Response on behalf of Luxpro Corporation. |
| | Court Adjourned. |