IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LUXPRO CORPORATION, a
Taiwanese corporation                                                                                    PLAINTIFF

v.                                              CASE NO. 08-CV-4092

APPLE, INC., f/k/a Apple Computer, Inc.                                                           DEFENDANT

## ORDER

  Before the Court is a Motion to Dismiss for Failure to State a Claim filed by Defendant Apple, Inc. (Doc. 23). Plaintiff Luxpro Corporation responded. (Doc. 34). Apple replied. (Doc. 37). The Court heard arguments from both parties at a hearing on September 1, 2009. For the reasons explained in the Memorandum Opinion of even date, the Court finds that Apple's Motion to Dismiss should be and hereby is **GRANTED** in part and **DENIED** in part. Luxpro's claim of attempted common law monopolization is **DISMISSED**. Furthermore, Luxpro's interference claims regarding Orchard Company, Web Worker, Carrefour, EUPA, 3C, ET Mall, Kaga Electronics, and Compu Import are **DISMISSED** without prejudice. Luxpro is directed to file any amendments to its First Amended Complaint regarding its commercial disparagement claim within 14 days of the date of this order.

  **IT IS SO ORDERED,** this 28th day of September, 2009.

                         /s/ Harry F. Barnes
                     Hon. Harry F. Barnes
                     United States District Judge