IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LUXPRO CORPORATION, a
Taiwanese corporation                                                                PLAINTIFF

v.                                    CASE NO. 08-CV-4092

APPLE, INC., f/k/a Apple Computer, Inc.                                              DEFENDANT

## **ORDER**

Before the Court is Defendant Apple, Inc.'s Unopposed Motion for Extension of Time and Other Relief. (Doc. 52). In this Motion, Defendant requests that it not be required to answer Plaintiff's First Amended Complaint. Upon consideration, the Court finds that Defendant's Motion should be and hereby is **GRANTED**. Defendants are not required to respond to Plaintiff's First Amended Complaint. However, Defendant's shall respond to Plaintiff's Second Amended Complaint within twenty (20) days of it being filed.

**IT IS SO ORDERED,** this 12th day of October, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　　／s/ Harry F. Barnes
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Harry F. Barnes
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge