Luxpro Corporation v. Apple, Inc.

Doc. 57

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

November 20, 2009

Mr. Kevin Arlen Crass
FRIDAY & ELDREDGE
400 W. Capitol Avenue
2000 Regions Center
Little Rock, AR  72201-0000

RE:  09-3689  Apple, Inc. v. Luxpro Corporation

Dear Counsel:

      A petition for a writ has been filed under the referenced number. Receipt for docketing fee will be sent through the mail.

      The petition will be submitted to a panel of judges, and you will be advised of the Court's ruling.

      On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at www.ca8.uscourts.gov/files/cmecfstandingorder.pdf. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Michael E. Gans
Clerk of Court

Enclosure(s)

cc:    Mr. Richard A. Adams
        Honorable Harry F. Barnes
        Mr. Phillip Nollin Cockrell
        Mr. Patrick J. Conroy
        Mr. Reid D. Davis
        Mr. Jeremy Hutchinson
        Mr. Glenn Edward Janik
        Mr. Christopher R. Johnson
        Mr. Corey Darnell McGaha
        Ms. Leisa B. Pearlman
        Mr. Stuart C. Plunkett
        Mr. James Marvin Pratt Jr.
        Ms. Penelope Preovolos

      District Court/Agency Case Number(s):   4:08-cv-04092-HFB

Dockets.Justia.com

**Caption For Case Number: 09-3689**

**In re: Apple, Inc., formerly known as Apple Computer, Inc.,**

      **Petitioner**

**Addresses For Case Participants:   09-3689**

Mr. Kevin Arlen Crass
FRIDAY & ELDREDGE
400 W. Capitol Avenue
2000 Regions Center
Little Rock, AR  72201-0000

Mr. Richard A. Adams
PATTON & ROBERTS
2900 St. Michael Drive
400 Century Bank Plaza
Texarkana, TX  75503-0000

Mr. Phillip Nollin Cockrell
PATTON & ROBERTS
2900 St. Michael Drive
400 Century Bank Plaza
Texarkana, TX  75503-0000

Mr. Patrick J. Conroy
SHORE & CHAN
901 Main Street
Suite 3300
Dallas, TX  75202

Mr. Reid D. Davis
PATTON & ROBERTS
2900 St. Michael Drive
400 Century Bank Plaza
Texarkana, TX  75503-0000

Mr. Jeremy Hutchinson
PATTON & ROBERTS
111 Center Street
Suite 1315
Little Rock, AR  72201

Mr. Glenn Edward Janik
SHORE & CHAN
901 Main Street
Suite 3300
Dallas, TX  75202

Mr. Corey Darnell McGaha
PATTON & ROBERTS
2900 St. Michael Drive
400 Century Bank Plaza
Texarkana, TX  75503-0000

Ms. Leisa B. Pearlman
PATTON & ROBERTS
2900 St. Michael Drive
400 Century Bank Plaza
Texarkana, TX  75503-0000

Mr. Stuart C. Plunkett
MORRISON & FOERSTER
425 Market Street
San Francisco, CA  94105-2482

Mr. James Marvin Pratt Jr.
BRAMBLETT & PRATT
146 Washington, N.W.
P.O. Box 938
Camden, AR  71701-0938

Ms. Penelope Preovolos
MORRISON & FOERSTER
425 Market Street
San Francisco, CA  94105-2482