

# FRIDAY ELDREDGE & CLARK LLP

Kevin A. Crass | **Attorney**
Direct: (501) 370-1592
Fax: (501) 244-5370
E-mail: crass@fridayfirm.com

400 West Capitol Avenue
Suite 2000
Little Rock, Arkansas 72201-3522
www.FridayFirm.com

November 19, 2009

**VIA FEDEX DELIVERY**

Mr. Michael E. Gans, Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
U.S. Court & Custom House
1114 Market Street
St. Louis, Missouri  63101

Re:   *Luxpro Corporation  v.  Apple Inc. f/k/a Apple Computer, Inc.*
United States District Court, Western District, Texarkana Division
No.  4-08-CV-4092 HFB

Dear Mr. Gans:

Enclosed please find the original and three copies of the following documents in the above-captioned case:

1.   Petition for Writ of Mandamus of Apple Inc.; and,

2.   Appendix of Exhibits to Petition for Writ of Mandamus of Apple Inc.

Please file the Petition and accompanying Appendix and return a file-marked copy of each to my office in the envelope that has been enclosed for your convenience.  Our firm check in the amount of $450.00 is also enclosed to cover the filing cost of this request.

By copy of this letter, I have forwarded a copy of my communication with the Court to all parties of record.

Thank you for your assistance.

Yours truly,

Kevin A. Crass

**RECEIVED**

NOV 2 0 2009

U.S. COURT OF APPEALS
EIGHTH CIRCUIT

KAC/tm
Enclosures

878666.1

Michael E. Gans, Clerk
November 19, 2009
Page 2

cc:     w/encls.
The Honorable Harry F. Barnes
United States District Judge
219 U.S. Post Office & Courthouse
101 South Jackson Street
El Dorado, Arkansas  71731

Richard A. Adams
Phillip N. Cockrell
Corey D. McGaha
Leisa B. Pearlman
Reid D. Miller
Patton Roberts PLLC
Post Office Box 6128
Texarkana, Texas  75505-6128

Jeremy Y. Hutchinson
Patton Roberts PLLC
111 Center Street, Suite 1315
Little Rock, Arkansas 72201

Patrick J. Conroy
Glenn E. Janik
Shore Chan Bragalone LLP
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas  75202