ORIGINAL                    **32884**

## RECEIPT OF PAYMENT

**— UNITED STATES COURT OF APPEALS —**
for the
**EIGHTH CIRCUIT**
at St. Louis, MO

RECEIVED FROM

Friday, Eldredge & Clark
400 West Capitol Ave.
Suite 2000
Little Rock, AR 72201-3522

| | | ACCOUNT | AMOUNT |
|---|---|---|---|
| | **GENERAL AND SPECIAL FUND** | 086900 | 100 00 |
| 086900 | Docketing Fees | 510000 | 150 00 |
| 322340 | Sales of Publications & Opinions | 322350 | |
| 322350 | Copy Fees | 086400 | 200 00 |
| 322360 | Miscellaneous | | |
| | (include certification fee) | TOTAL | 450 00 |
| 510000 | Judicial Services | | |

Case Number or Other Reference
09-3689

*All checks, money orders, drafts, etc. are accepted subject to collection. Full credit will not be given until the negotiable instrument has been accepted by the financial institution on which it was drawn.* #171073

| DATE Nov. 20 20 09 | Cash | Check X | M.O. | Credit | DEPUTY CLERK: Suanne Shands |
|---|---|---|---|---|---|