# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 09-3689

In re: Apple, Inc., formerly known as Apple Computer, Inc.,

Petitioner

_____

Appeal from U.S. District Court for the Western District of Arkansas - Texarkana
(4:08-cv-04092-HFB)
_____

### ORDER

Upon consideration of the respondent Luxpro Corporation's motion for an extension of time to file a response to the writ of mandamus and the petitioner's response in opposition, the motion is granted in part.  The respondent shall have until December 16, 2009 to submit a response.

December 07, 2009

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans