# IN THE UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF ARKANSAS

### TEXARKANA DIVISION

| | |
|---|---|
| LUXPRO CORPORATION, a Taiwanese Corporation, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 4:08-CV-04092-HFB |
| v. ) ) | |
| APPLE, INC. f/k/a Apple Computer, Inc., ) ) ) ) | |
| Defendant. ) | |

### STIPULATION AND [PROPOSED] ORDER RE MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT

Plaintiff Luxpro Corporation ("Luxpro") and Defendant Apple Inc. ("Apple"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on December 19, 2008, Apple filed a motion to dismiss Luxpro's First Amended Complaint;

WHEREAS, on September 1, 2009, following briefing by the parties, the Court held a hearing on the motion to dismiss;

WHEREAS, on September 28, 2009, the Court issued an order granting in part and denying in part Apple's motion, and directing Luxpro to file an amended complaint within 14 days;

WHEREAS, Luxpro's deadline for filing an amended complaint was extended to December 7, 2009;

Dockets.Justia.com

WHEREAS, on December 7, 2009, Luxpro filed a Motion for Leave to File Second Amended Complaint and Brief in Support ("Motion For Leave to Amend"), and attached a copy of the proposed Second Amended Complaint;

WHEREAS, Apple does not oppose the Motion for Leave to file Second Amended Complaint;

WHEREAS, Apple has requested an extension until January 29, 2010, to respond to the Second Amended Complaint;

WHEREAS, Luxpro does not oppose Apple's requested extension of time to respond to the Second Amended Complaint up to and including January 29, 2010;

WHEREAS, Luxpro, by  not opposing an extension of time for Apple to file a response to the Second Amended Complaint, does not waive any arguments and/or defenses it may have to the filing of the response or to the substance of any such response; and

WHEREAS, Apple, by not opposing the Motion for Leave to Amend and by stipulating to the filing of the Second Amended Complaint, does not waive any arguments and/or defenses it may have to the matters contained in the Second Amended Complaint.

THEREFORE, the parties agree that:

1.      The unopposed Motion For Leave to Amend should be granted, and the Second Amended Complaint should be filed with the Court.

2.      Apple shall have until January 29, 2010 to respond to the Second Amended Complaint.

IT IS SO STIPULATED.

/s/ James M. Pratt, Jr.
JAMES M. PRATT, JR.
Arkansas Bar No.: 74124
144 Washington Street, Northwest
P.O. Box 938
Camden, Arkansas 71701-0938
Telephone: (870) 836-7328
Email: jamiepratt@cablelynx.com

KEVIN A. CRASS
Arkansas Bar No.: 84029
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue
Suite 2000
Little Rock, Arkansas 72201-3522
Telephone: (501) 376-2011
Email: crass@fec.net

STUART C. PLUNKETT
California Bar No.: 187971
PENNY A. PREOVOLOS
California Bar No.: 87607
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA   94105
Telephone:  (415) 268-7000
Email: splunkett@mofo.com

*Attorneys for Defendant Apple Inc.*

/s/ Phillip N. Cockrell
Richard A. Adams
Arkansas Bar No.: 97036
Philip N. Cockrell
Arkansas Bar No.: 79154
Corey D. McGaha
Arkansas Bar No.: 2003047
PATTON ROBERTS PLLC
2900 St. Michael Drive, Suite 400
Texarkana, Texas  75505-6128
Telephone:  (903) 334-7000
Fax:  (903) 334-7007

Jeremy Y. Hutchison
Arkansas Bar No.: 2006145
PATTON ROBERTS PLLC
111 Center St., Suite 1315
Little Rock, AR  72201
Telephone: (501) 372-3480
Fax: (501) 372-3488

Patrick J. Conroy
*Pro Hac Vice*
Glenn E. Janik
*Pro Hac Vice*
SHORE CHAN BRAGALONE LLP
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas  75202
Telephone: (214) 593-9110
Fax: (214) 593-9111

*Attorneys for Plaintiff Luxpro Corporation*

\*      \*      \*

Pursuant to the above stipulation, it is hereby ORDERED that the unopposed Motion for Leave to File Second Amended Complaint is granted and Luxpro shall file the Second Amended Complaint forthwith.   Apple shall have until January 29, 2010 to respond to the Second Amended Complaint.

Dated:

_____
Harry F. Barnes, Judge
United States District Court