IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


LUXPRO CORPORATION,
a Tiawanese corporation                                                                        PLAINTIFF


VS.                                    CASE NO. 08-CV-4092


APPLE, INC.,
f/k/a Apple Computer, Inc.                                                                     DEFENDANT


## ORDER

Before the Court is Plaintiff's Motion for Leave to File Second Amended Complaint.  (Doc. 59).  Plaintiff seeks to clarify its factual allegations and to set forth additional facts with more specificity.  Defendant has not responded to the motion, and the time for response has passed.  *See* Rule 7.2(b) of the Rules for the United States District Court for the Eastern and Western Districts of Arkansas.

Upon consideration, the Court is satisfied that good cause for the motion has been shown. Accordingly, Plaintiff's Motion for Leave to File Second Amended Complaint should be and hereby is **GRANTED**.  Pursuant to Rule 5.5(e) of the Rules for the United States District Courts for the Eastern and Western Districts of Arkansas, **Plaintiffs shall file the amended complaint within seven (7) days of the entry of this order.**

IT IS SO ORDERED, this 22d day of December, 2009.


        /s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge