IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LUXPRO CORPORATION, a Taiwanese
Corporation                                                                                          Plaintiff

vs.                              CASE NO. 4:08CV04092-HFB

APPLE, INC. f/k/a Apple Computer, Inc.,                                              Defendant

UNOPPOSED MOTION FOR EXTENSION OF TIME

Comes now the defendant, Apple, Inc. f/k/a Apple Computer, Inc., and for this, its unopposed motion for extension of time to respond to plaintiff, Luxpro Corporation's second amended complaint, states:

1. That Luxpro filed its original complaint on October 10, 2008, and its first amended complaint on October 20, 2008.

2. That on December 19, 2008, Apple filed a motion to dismiss Luxpro's first amended complaint. On September 28, 2009, the Court granted in part and denied in part Apple's motion to dismiss. In that order, the Court directed Luxpro to file a second amended complaint.

3. That Luxpro timely filed its second amended complaint on December 29, 2009. In an earlier order (Doc. 53) , the Court directed Apple to file its response to the second amended complaint within twenty (20) days of it being filed, making Apple's response due no later than January 18, 2010.

4. That due to the complexity of the issues raised by Luxpro's second amended complaint and Apple's desire to adequately respond, Apple needs additional time. Accordingly, pursuant to Rules 6 and 15 of the Federal Rules of Civil Procedure, Apple requests an extension of time to file its response to the second amended complaint, up to and including January 29, 2010.

5. That this request is not made for the purpose of delay, but so that justice may be done.

6. That counsel for Apple has conferred with counsel for Luxpro and Luxpro does not oppose this request. (See, Stipulation, Doc 60).

WHEREFORE, PREMISES CONSIDERED, Apple respectfully requests that the time for filing its response to Luxpro's second amended complaint be extended from January 18, 2010, to January 29, 2010.

    Respectfully submitted,

    */s/ James M. Pratt, Jr.*
    JAMES M. PRATT, JR.
    Arkansas Bar No: 74124
    144 Washington Street, Northwest
    P.O. Box 938
    Camden, Arkansas 71701
    Telephone: (870) 836-7328
    Email: jamiepratt@cablelynx.com

    and

KEVIN A. CRASS
Arkansas Bar No: 84029
Friday, Eldredge & Clark, LLP
400 West Capitol Avenue
Suite 200
Little Rock, AR  72201-3522
Telephone: (501) 376-0211
Email:  crass@fec.net

and

STUART C. PLUNKETT
California Bar No. 187971
Email:  splunkett@mofo.com
PENELOPE A. PREOVOLOS
California Bar No. 87607
Email:  PPreovolos@mofo.com
MORRISON & FOESTER, LLP.
425 Market Street
San Francisco, CA  94105
Telephone: (415) 268-7000


CERTIFICATE OF CONFERENCE

    Counsel for defendant has conferred with counsel for plaintiff in order to determine whether the relief requested in this motion of opposed.  Counsel for the defendant has been advised that plaintiff does not oppose the relief requested.

    */s/ James M. Pratt, Jr.*
    James M. Pratt, Jr.

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system, this 6th day of January, 2010.

                                        */s/James M. Pratt, Jr.*
                                        James M. Pratt, Jr.