# EXHIBIT 2

- Ausfertigung -

**Landgericht Braunschweig**
Geschäfts-Nr.:
9 O 683/05 (132)

```
Thomas Boxhorn
   Gerichtsvollzieher
Eing.  14. März 2005
DR Nr. ...I.3.15...
```

**Beschluss**

In Sachen

Apple Computer Inc., gesetzlich vertreten, 1 Infinite Loop, Cupertino,
USA 95014 Kalifornien,
                                                             Antragstellerin

Prozessbevollmächtigte: Rechtsanwältinnen und Rechtsanwälte CMS Hasche Sigle,
Theodor-Heuss-Ring 19-21, 50668 Köln,
Geschäftszeichen: Has-Me-ch-02534-03

gegen

Luxpro Corporation 3 F, No. 39, Alley 20, Lane 407, Sec. 2, Tiding Blvd.,
RC 114 Taipei, Taiwan,
**z. Zt. CeBIT (Hannover) Halle 24, Stand C 24**
                                             Antragsgegnerin

erlässt die 9. Zivilkammer des Landgerichts Braunschweig - wegen Dringlichkeit des Falles ohne vorherige mündliche Verhandlung und durch den Kammervorsitzenden allein - folgende

                e i n s t w e i l i g e   V e r f ü g u n g :

1. Der Antragsgegnerin wird untersagt, untersagt im geschäftlichen Verkehr zu Zwecken des Wettbewerbs MP3-Player anzubieten, feilzuhalten und/oder zu veräußern und/oder anbieten, feilhalten und/oder veräußern zu lassen, wenn dies wie nachstehend wiedergegeben geschieht:



2





2. Für jeden Fall der schuldhaften Zuwiderhandlung wird der Antragsgegnerin Ordnungshaft von bis zu 6 Monaten oder ein Ordnungsgeld von bis zu 250.000,-- Euro angedroht; an die Stelle des Ordnungsgeldes tritt bei Nichtbeitreibbarkeit Ordnungshaft. Ordnungshaft ist zu vollziehen an dem der Antragsgegnerin.

3. Es wird angeordnet, dass die Antragsgegnerin sämtliche in ihrem Besitz befindlichen MP3-Player „Super-Shuffle" gem. **Ziff. 1)** an einen von der Antragsstellerin zu beauftragenden Gerichtsvollzieher zum Zwecke der Sequestration herauszugeben hat.

4. Die Antragsgegnerin trägt die Kosten des Verfahrens.

5. Der Streitwert wird auf 100.000,00 € festgesetzt.

6. Der Antragsgegnerin wird aufgegeben, zu dem beigefügten Kostenfestsetzungsantrag binnen drei Wochen ab Zustellung Stellung zu nehmen.

7. Wegen des Kostenerstattungsanspruchs betreffend die festzusetzenden Kosten in Höhe von 3.095,00 Euro wird der dingliche Arrest in das gesamte Vermögen der Antragsgegnerin angeordnet. Die Vollziehung des Arrestes wird durch Hinterlegung durch die Antragsgegnerin in Höhe von 3.095,00 Euro gehemmt.

### G r ü n d e :

Mit der Antragsschrift, auf die verwiesen wird, hat die Antragstellerin Tatsachen glaubhaft gemacht, die sowohl den Verfügungsanspruch als auch den Verfügungsgrund bejahen lassen.

Der begehrte Unterlassungsanspruch rechtfertigt sich aus §§ 3, 4 Nr. 9 UWG sowie aus Art. 19, 89 GGVO.

Der Herausgabeanspruch dient der Sicherung des Vernichtungsanspruches.

Die Ordnungsmittelandrohung hat ihre Grundlage in § 890 ZPO.

Die Kostenentscheidung folgt aus § 91 ZPO.

Der Streitwert war gem. § 12 b, Abs. 1 GKG, § 3 ZPO festzusetzen.

Der begehrte dingliche Arrest ist gemäß § 917 Abs. 1 und Abs. 2 S. 1 ZPO zu erlassen. Ein dinglicher Arrest ist insbesondere zur Sicherung des Anspruches auf Kostenerstattung zulässig, sofern, wie im vorliegenden Fall, das Unterliegen der Antragsgegnerin in einem Hauptverfahren wahrscheinlich ist (Zöller ZPO 24 A. § 916, Rn. 8). Der Arrestgrund ergibt sich aus § 917 Abs. 2 ZPO, wenn – wie hier – ohne den Arrestbefehl im Ausland vollstreckt werden müsste, ohne dass die Voraussetzungen des § 917, Abs. 2, S. 2 ZPO vorliegen.

4

Der Antragsgegnerin wird empfohlen, dem Gericht binnen drei Wochen nach Zustellung dieses Beschlusses einen in der Bundesrepublik Deutschland ansässigen Zustellungsbevollmächtigten zu benennen. Damit kann eine durch die Notwendigkeit von Übersetzungen teure Zustellung im Wege der internationalen Rechtshilfe vermieden werden. Ohnehin würde der Antragsgegnerin bei der nächstfolgenden förmlichen Auslandszustellung eine entsprechende Auflage gemacht werden. Gem. §184, Abs. 1, S. 1 ZPO ist eine entsprechende Anordnung nur bei einer förmlichen Zustellung gem. § 183, Abs. 1 Nr. 2 (Ersuchen einer Behörde) oder § 183, Abs. 1, Nr. Nr. 3 (Ersuchen des Auswärtigen Amtes) möglich.

Braunschweig, den 14.03.05
Landgericht, 9. Zivilkammer

Dr. Meyer
Vorsitzender Richter am Landgericht

Ausgefertigt
Braunschweig, 14.03.05
Winsemann, Justizobersekretärin
- als Urkundsbeamtin der Geschäftsstelle



| | |
|---|---|
| Bitte stets angeben **DR I 315/05**<br>Geschäftsnummer<br>GV Bodram<br>Friesenstr. 14<br>30161 Hannover | **Zustellungsurkunde**<br>Beglaubigte Abschrift des hiermit verbundenen Schriftstückes<br>„einstweilige Verfügung" habe ich heute |

☒ d. ☐ Adressaten ☐ Firmeninhaber(in) ☒ gesetzliche(n) Vertreter(in)
☐ gewillkürte(n) Vertreter(in) nach Vorlage d. Vollmachtsnachweises selbst in ☐ der Wohnung ☐ dem Geschäftslokal
☐ meinem Geschäftslokal ☐ der Gemeinschaftseinrichtung
☒ an folgendem Ort _GG/Hannover_ übergeben.

Ersatzzustellung: _Halle 24_

☐ an Beschäftigten bei Behörden, Firmen, Vereine usw.:
Da ich in dem Geschäftslokal ☐ den Adressaten ☐ d. Vorsteher(in)
☐ d. gesetzl. Vertreter(in)
☐ d vertretungsberecht. Mitinhaber(in) persönlich nicht
angetroffen habe, dort d. beim
Adressaten beschäftigten Herrn/Frau_____
übergeben.

Im Auftrag d. Gläubiger

Apple Computer Inc.
1 Infinite Loop.
95014 Cupertino, Kalifornien

☐ an Familienangehörige, Mitbewohner etc.: Da ich d
Adressaten in der Wohnung nicht angetroffen habe, dort ☐ d
erwachs. Familienangehörigen ☐ Ehefrau ☐ Ehemann ☐ eingetr.
Lebensgef. ☐ Sohn ☐ Tochter ☐ Vater ☐ Mutter ☐ bei der Familie als
beschäftigte(n) Erwachsene(n) Herrn/Frau ☐ d
erwachs. ständige(n) Mitbewohner(in)
☐ d. gesetzl. Vertreter(in) _____
übergeben.

☐ in der Gemeinschaftseinrichtung, Leiter, Vertreter etc.:
Da ich d. Adressaten in der Gemeinschaftseinrichtung nicht
angetroffen habe, dort ☐ d. Leiter(in) der Einrichtung ☐ d. dazu ☐
nachweislich ermächtigten Vertreter(in) d. Leiter(in) ☐ d. gesetzl.
Vertreter(in) _____ übergeben.

☐ durch Einlegung:
☐ Da ich d. Adressaten in der Wohnung nicht angetroffen habe
und die Zustellung an eine(n) erwachsene(n) Familienangehörige(n) oder an eine(n) erwachsene(n) Mitbewohner(in)
oder an eine in der Familie beschäftigte Person nicht
ausführbar war, in einen zu der Wohnung
☐ Da ich d ☐ Firmeninhaber(in) ☐ gesetzlichen(n) Vertreter(in)
selbst in dem Geschäftslokal nicht angetroffen habe und die
Zustellung an eine im Geschäftslokal beschäftigte Person
nicht ausführbar war, in einen zu dem Geschäftsraum
gehörenden Briefkasten oder in eine sichere, vom Adressaten für
den Postempfang eingerichtete Vorrichtung eingelegt.
Das Datum der Zustellung - ggfl. mit Uhrzeit - habe ich auf dem
Umschlag des zuzustellenden Schriftstückes vermerkt.

vertreten durch

Rechtsanwälte
CMS Hasche Sigle
Theodor-Heuss-Ring 19-21
50668 Köln

☐ durch Niederlegung:
☐ Da kein Briefkasten bzw. keine für den Postempfang
eingerichtete Vorrichtung vorhanden ist,
☐ Da der Briefkasten bzw. die für den Postempfang eingerichtete
Vorrichtung nicht für eine sichere Aufbewahrung geeignet ist,
habe ich die Sendung bei d. Geschäftsstelle beim Amtsgericht
Hannover
niedergelegt
Über die Niederlegung habe ich eine an den Adressaten gerichtete
schriftliche Mitteilung
☐ in der bei gewöhnlichen Briefen üblichen Weise abgegeben
☐ an der Tür ☐ der Wohnung ☐ des Geschäftsraumes
☐ der Gemeinschaftseinrichtung
befestigt
Das Datum der Zustellung - ggf. mit Uhrzeit - habe ich auf dem
Umschlag des zuzustellenden Schriftstückes vermerkt

Kostenrechnung nach dem GvKostG (KV=Kostenverzeichnis)
A. Gebühren
Gebühren KV 100,101,604        7,50 EUR
B. Auslagen
Dokum.-paus. KV 700            2,00 EUR
Wegegeld KV 711                2,50 EUR
Pauschale KV 713               3,00 EUR
Gesamtsumme                   15,00 EUR

_Dolmetscher - 10€_
_Porto_

Zustellungsadressat

☐ Verweigerte Annahme:
Da der ☐ Adressat ☐ Ersatzempfänger, nämlich _____, die
Annahme der Sendung unberechtigt verweigerte, habe ich diese
☐ in der Wohnung ☐ dem Geschäftslokal zurückgelassen
☐ nach Belehrung an d. Absender/Auftraggeber zurückgesandt,
da keine Wohnung / kein Geschäftsraum vorhanden war

Luxpro Corporation 3 F
No. 39, Alley 20, Lane 407, Sec. 2 Tidiv
RC 114 Taipei Taiwan

Den Tag der Zustellung - ggf. mit Uhrzeit - habe ich auf dem
Umschlag der Sendung / dem Schriftstück vermerkt.
_Laatzen-Hannover_, 14.03.05
_15_ Uhr _30_ Min. (nur auf Verlangen)

(Bodrom) Gerichtsvollzieher beim AG Hannover